**Order entered March 13, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00978-CR

**WALTER RAY WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-00417-J**

### ORDER

Before the Court is appellant's March 11, 2020 motion to supplement the reporter's record. We **GRANT** the motion.

We **ORDER** court reporter Debi Harris and court reporter Sharina Fowler to file, within **FIFTEEN DAYS** of the date of this order, a supplemental reporter's record that includes the initial voir dire conducted in this case.

We **EXTEND** the time to file appellant's brief until **April 24, 2020**.

We **DIRECT** the Clerk of the Court to send copies of this order to court reporter Debi Harris; court reporter Sharina Fowler; and counsel for the parties.

/s/     CORY L. CARLYLE
JUSTICE